was question of fact for the determination of the jury on the question of vicious propensities of dog and notice to the person harboring it.   Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ., concur.

FRANK W. BARNES, Appellant, v. WILLIAM HODGE, Respondent.— Judgment unanimously affirmed, with costs.   Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

JOHN H. HONOUR, an Infant, by STANLEY W. HONOUR, His Guardian ad Litem, Appellant, v. JOHN L. DOWNER, Respondent.   STANLEY W. HONOUR, Appellant, v. JOHN L. DOWNER, Respondent.— Judgments and orders unanimously affirmed, with costs in one action.   Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

ISADOR ROSEN, Respondent, Appellant, v. SAMUEL GRAY, Appellant, Respondent.— Order reducing the verdict reversed on the law, and judgment modified by increasing the amount thereof to the amount of the verdict,* and as so modified the judgment and order denying motion for a new trial are affirmed, under the provisions of section 584-a of the Civil Practice Act,† with costs to the plaintiff.   Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ., concur.

CHARLES GOODWIN, Respondent, v. HERMAN FRENKEL and Others, Appellants.— Judgment unanimously affirmed, with costs.   Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

JOHN P. DENNIN, Appellant, v. WM. McEWAN COAL COMPANY, Respondent, Impleaded with Another.— Judgment unanimously affirmed, with costs.   Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

CARUSO, RINELLA, BATTAGLIA COMPANY, INC., Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs.   Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

CARUSO, RINELLA, BATTAGLIA COMPANY, INC., Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs.   Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

CHARLES H. BEST, as Administrator, etc., of HENRY N. BEST, Deceased, Respondent, v. NORTH AMERICAN ACCIDENT INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs.   Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

IREAN H. JOHNSON, as Administratrix, etc., of MILO D. JOHNSON, Deceased, Respondent, v. ROBERT E. THOMPSON, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.   Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

CLARE TERRY, Appellant, v. ADELBERT D. STONE, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.   Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of V. GULLOTTA, Respondent, against FRIESTEDT UNDERPINNING COMPANY and Another, Appellants.   STATE INDUSTRIAL BOARD,

---

* Verdict was reduced from $5,394 to $4,000 in an action to recover damages for personal injuries and for property damage resulting from negligence in an automobile accident.— [REP.

† Added by Laws of 1926, chap. 385.— [REP.